# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Julio Gutierrez-Borbon

CRIMINAL COMPLAINT
CASE: 13-3305M
Citizenship: Mexico

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about June 29, 2013 at or near Three Points, Arizona, in the District of Arizona, Julio Gutierrez-Borbon, an alien, entered, and was found in the United States after having been denied admission, excluded, deported, and removed from the United States through Otay Mesa, California on September 12, 2012 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(2).

Julio Gutierrez-Borbon is a citizen of Mexico. On September 12, 2012, Julio Gutierrez-Borbon was lawfully denied admission, excluded, deported and removed from the United States through Otay Mesa, California. On June 29, 2013, agents found Julio Gutierrez-Borbon in the United States at or near Three Points, Arizona without the proper immigration documents. Julio Gutierrez-Borbon did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Julio Gutierrez-Borbon, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Julio Gutierrez-Borbon admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on June 25, 2013, at or near Sasabe, Arizona.

File Date: 07/01/2013

at Tucson, Arizona

Michael Jia, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 07/01/2013

Hector C. Estrada
United States Magistrate Judge

Alien Number: 099 825 663